DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 4050**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FORTIS CORPORATE INSURANCE, N.V.,                    :

                          *Plaintiff,*    :    **07 Civ.**    **JUDGE SWEET**

   - against -                                              :

UNITED VAN LINES, LLC,                              :    **STATEMENT PURSUANT**
                                                          **TO F.R.C.P. 7.1**
                     *Defendant.*    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

                      NONE

Dated: Rye, New York
       May 23, 2007

                           MALOOF BROWNE & EAGAN LLC

                           By:
                               David T. Maloof (DM 3350)
                               Thomas M. Eagan (TE 1713)
                          411 Theodore Fremd Ave., Suite 190
                          Rye, New York 10580-1411
                          (914) 921-1200
                          *Attorneys for Plaintiff*