GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 342-8884

Attorneys for Defendants A.A. AMERICAN MOVING
& STORAGE INC. and STEVENS WORLDWIDE
VAN LINES a/k/a STEVENS GROUP, INC.

-------------------------------------------------------x
:
FRANK LAUDONIO,                               :   UNITED STATES DISTRICT COURT
                                              :   DISTRICT OF NEW JERSEY
        Plaintiff,                            :
                                              :   Civil Action
    v.                                        :
                                              :   **DISCLOSURE STATEMENT**
A.A. AMERICAN MOVING & STORAGE                :
INC.; STEVENS WORLDWIDE VAN LINES             :
a/k/a STEVENS GROUP, INC.; WEICHERT           :
GOLD SERVICES; JOHN DOE 1-10                  :
(Fictitious Names Presently Unknown) and      :
ABC CORP. 1-10 (Fictitious Names Presently    :
Unknown),                                     :
                                              :
        Defendants.                           :
                                              :
-------------------------------------------------------x

Defendants A.A. AMERICAN MOVING & STORAGE INC. and STEVENS WORLDWIDE VAN LINES a/k/a STEVENS GROUP, INC., as and for their Disclosure Statement pursuant to Fed.R.Civ.P. 7.1, state that neither defendant has a parent or other publicly-held company that owns 10% of more of the stock of either company.

Dated: April 3, 2007

          GEORGE W. WRIGHT & ASSOCIATES, LLC
          Attorneys for Defendants A.A. AMERICAN MOVING & STORAGE INC. and STEVENS WORLDWIDE VAN LINES a/k/a STEVENS GROUP, INC.

          BY: *George W. Wright* (signature)
          GEORGE W. WRIGHT (GW/6957)

2

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the attached Disclosure Statement was served by Fedex on April 3, 2007 on the attorneys for plaintiff, Nicolas F. Mongello, Esq., Mongello & Scialabba, LLC, 3840 Park Avenue, Suite C-206, Edison, New Jersey 08820 and the attorneys for defendant WEICHERT CO. d/b/a WEICHERT GOLD SERVICES, Peter N. Laub, Jr., Esq., Law Offices of Peter N. Laub, Jr. & Associates, L.L.C., 1030 Route 202 South, Branchburg, New Jersey 08876.

Dated: April 3, 2007

_George W. Wright_
GEORGE W. WRIGHT