UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE, N.V., )
)
)  Civil Action No. 07 Civ. 4050 (RWS)
    Plaintiff, )
)  **DISCLOSURE STATEMENT**
- against – )
)
UNITED VAN LINES, LLC, )
)
    Defendants. )
)

---

Defendant, UNITED VAN LINES, LLC ("UNITED"), as and for its disclosure statement pursuant to Fed. R. Civ. P. 7.1, attaches hereto a copy of its corporate organization "Subsidiaries of UniGroup, Inc."

Dated: New York, New York
       June 28, 2007

                          GEORGE W. WRIGHT & ASSOCIATES, LLC


                    BY: _____
                          GEORGE W. WRIGHT (GW/6957)
                          Attorneys for Defendant
                          Wall Street Plaza
                          88 Pine Street, 7th Floor
                          New York, NY  10005-1801
                          (212) 483-8266

TO:  David T. Maloof, Esq.
     Thomas M. Eagan, Esq.
     MALOOF BROWNE & EAGAN LLC
     Attorneys for Plaintiff
     411 Theodore Fremd Avenue – Suite 190
     Rye, NY  10580
     (914) 921-1200

Subsidiaries of UniGroup, Inc.

Transportation Services Group, Inc.

United Van Lines, LLC

Subsidiaries of United Van Lines, LLC

Abbey Van Lines, LLC
Alite Van Lines, LLC
Avan Van Lines, LLC
Archway Freight Forwarders, LLC
Gateway Freight Forwarders, LLC
Government Transportation Specialists, LLC
Meramec Valley Transport, LLC
Military Transportation Movers LLC
Military Transportation Systems, LLC
Show-Me Movers, LLC
Progressive Freight Forwarders, LLC
Vanguard Freight Forwarders, LLC
United Tariff Publishing Agency, Inc.
United Intermode, LLC
Insite Logistics, LLC

Mayflower Transit, LLC

Subsidiaries of Mayflower Transit, LLC

HTS Selling LLC
Allstar Mayflower, LLC
Best Mayflower, LLC
Crest-Mayflower International, LLC
Eagle Mayflower, LLC
Elder Moving & Storage, LLC
Flagship Moving Services, LLC
Grand Mayflower, LLC
Itemized Express, LLC
Mayflower Forwarders, LLC
Mayflower International Forwarding, LLC
Mayflower Van Lines, LLC
Mayflower Military Movers, LLC
North Star Van Lines, LLC
Pilgrim Van Lines, LLC
Progressive Van Lines, LLC
Provincial Van Lines, LLC

2541v2

    Quest Mayflower, LLC
    Stealth Mayflower, LLC
    Trans Mayflower, LLC
    Uniform Express, LLC
    Virtual Mayflower, LLC
    Zipp Mayflower, LLC
    Gentry Insurance Agency, Inc.
    Total Insurance, Ltd.

  Allegiant Move Management, LLC

Vanliner Group, Inc.

 <u>Subsidiaries of Vanliner Group, Inc.</u>

  Vanliner Insurance Company
  Transprotection Service Company
  Vanliner Reinsurance Limited

Total Transportation Services, Inc.

 <u>Subsidiaries of Total Transportation Services, Inc.</u>

  Trans Advantage, Inc.
  Helmburger, Inc.

UniGroup Worldwide, Inc.

 <u>Subsidiaries of UniGroup Worldwide, Inc.</u>

  United Van Lines International, Inc.
  Mayflower International, Inc.

United Capital Services, Inc.

Pinnacle Group Associates, Inc.

 <u>Subsidiaries of Pinnacle Group Associates, Inc.</u>

  Premier Relocation Services, Inc.

UVL Farms, Inc.

2541v2

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss.:
COUNTY OF BERGEN      )

GEORGE W. WRIGHT, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on the 28th day of June, 2007 deponent electronically filed the foregoing with the Clerk of the District Court using its EM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

David T. Maloof, Esq.
Thomas M. Eagan, Esq.
MALOOF BROWNE & EAGAN LLC
Attorneys for Plaintiff
411 Theodore Fremd Avenue – Suite 190
Rye, NY  10580
(914) 921-1200

*George W. Wright*
GEORGE W. WRIGHT

Sworn to before me this
28th day of June, 2007

*Christine B. Nabitowicz*
Notary Public

CHRISTINE B. NABITOWICZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 19, 2011

2