UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Fortis Corporate

-v.-

United Van Lines

------------------------------------------------------------X

07 Civ. 4050 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Please be advised that the conference scheduled for Oct 10, 07 has been rescheduled to Nov 14, 07 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
Oct 9, 07

_____
ROBERT W. SWEET
United States District Judge