UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Fortis

          -v.-

United Van Lines
------------------------------------------------------------X

07 Civ. 4050 (RWS)

Please be advised that the conference scheduled

for  Nov 14, 07  has been rescheduled to

Nov 28, 07  at  4:30 pm  in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       11/6/07

                                  ROBERT W. SWEET
                                United States District Judge