```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE, N.V., )
　　　　　　　　　　　　　　　　　　)  Civil Action No. 07 Civ. 4050 (RWS)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　- against -　　　　　　　　　　　　)  **STIPULATION AND ORDER**
　　　　　　　　　　　　　　　　　　)  **GRANTING DEFENDANT**
UNITED VAN LINES, LLC,　　　　　　　)  **LEAVE TO IMPLEAD**
　　　　　　　　　　　　　　　　　　)  **THIRD-PARTY DEFENDANTS**
　　　　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　　　)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and defendant that the following parties may be impleaded into the action as third-party defendants, pursuant to Fed.R.Civ.P. 14(a):

　(1)　TRW TRUCKING, LLC n/k/a SPORTS ASSOCIATED, INC.
　　　　234 Sheffield Farms Trail,
　　　　Harmony, North Carolina 28634

　(2)　SPORTS ASSOCIATED, INC.
　　　　1500 N Jackson Ave,
　　　　Kansas City, MO, 64120-1032.

IT IS FURTHER STIPULATED AND AGREED that an Order to this effect may be entered without further notice.

Dated: November 13, 2007

　　　　　　　　　　　　　　　　　　MALOOF BROWNE & EAGAN LLC

　　　　　　　　　　　　　　　　　　BY: _David T. Maloof_  David T. Maloof
　　　　　　　　　　　　　　　　　　　　TODD A. BARTON (TB/　)    (DM/3850)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　411 Theodore Fremd Avenue – Suite 190
　　　　　　　　　　　　　　　　　　　　Rye, NY 10580
　　　　　　　　　　　　　　　　　　　　(914) 921-1200

GEORGE W. WRIGHT & ASSOCIATES, LLC

BY: *George W. Wright*
GEORGE W. WRIGHT (GW/6957)
Attorneys for Defendant
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 483-8266

SO ORDERED:

_____
U.S.D.J.

11.16.07

2