2007120310483 0

FORTIS CORPORATE NISURANCE, N.V.

                **Plaintiff**

vs.

UNITED VAN LINES, LLC, ET AL

                **Defendant**

**Person to be served** (Name and Address):
SPORTS ASSOCIATED, INC.
1500 N. JACKSON AVE.
KANSAS CITY MO 64120
**By serving**: SPORTS ASSOCIATED, INC.

**Attorney**: GEROGE W. WRIGHT, ESQ.

**Papers Served**: THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT

**Service Data**: [X] Served Successfully    [ ] Not Served
**Date/Time**: 12-4-2007 2:30 p.m.

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

U.S. District Court Of
Southern District Venue of NY

Docket Number: 07 CV 4050

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____ . ___

Attempts:  Date/Time: _____
             Date/Time: _____
             Date/Time: _____

Name of Person Served and relationship/title:
Todd Lawrence
Chief Financial Officer

**Description of Person Accepting Service**:
SEX: M  AGE: 40  HEIGHT: unknown  WEIGHT: 185 lbs  SKIN: Caucasian  HAIR: Brown  OTHER: _____

**Unserved**:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:  Date/Time: _____
                    Date/Time: _____
                    Date/Time: _____

Other:

**Served Data**:
Subscribed and Sworn to me this
6 day of December, 2007
Notary Signature: _____
Robert Rowland  12-29-2007
Name of Notary  Commission Expiration

I, Jerry Wooten, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server  Date

ROBERT ROWLAND
Notary Public – Notary Seal
State of Missouri
County of Clay
My Commission Expires 12/29/2007

HW