| | |
|---|---|
| FORTIS CORPORATE NISURANCE, N.V. **Plaintiff** vs. UNITED VAN LINES, LLC, ET AL **Defendant** | UNITED STATES DISTRICT Court Of ~~SOUTHERN DISTRICT OF NY~~ Venue Docket Number: 07 CV 4050 |

**Person to be served (Name and Address):**
TRW TRUCKING, LLC N/K/A SPORTS ASSOCIATED, INC.
234 SHEFFIELD FARMS TRAIL
HARMONY NC 28634
**By serving:** TRW TRUCKING, LLC N/K/A SPORTS ASSOCIATED, INC.

**Attorney:** GEROGE W. WRIGHT, ESQ.

**Papers Served:** THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

**Service Data:** [X] Served Successfully   [ ] Not Served
**Date/Time:** 12/4/2007   4:53 p

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Attempts:** Date/Time: 12/4/2007
Date/Time: _____
Date/Time: _____

Name of Person Served and relationship/title:
Marie Walls Co-owner

**Description of Person Accepting Service:**
SEX: F   AGE: 30/35   HEIGHT: 5'8"   WEIGHT: 120   SKIN: W   HAIR: Brown   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
Date/Time: _____
Date/Time: _____

**Other:**

**Served Data:**
Subscribed and Sworn to me this
5th day of December, 2007
Notary Signature: Kenn Doster
Kenn Doster   09/24/13
Name of Notary   Commission Expiration

I, Jason Wallace, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Jason Wallace   12/5/07
Signature of Process Server   Date