UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTIS CORPORATE INSURANCE, N.V., <br><br> Plaintiff, <br><br> - against – <br><br> UNITED VAN LINES, LLC, <br><br> Defendant. | Civil Action No. 07 Civ. 4050 (RWS)(DCF) <br><br> **NOTICE OF MOTION TO <br> COMPEL DISCOVERY** |
| UNITED VAN LINES, LLC, <br><br> Third-Party Plaintiff, <br><br> - against – <br><br> TRW TRUCKING, LLC n/k/a SPORTS ASSOCIATED, INC., and SPORTS ASSOCIATED, INC. <br><br> Third-Party Defendants. | |

S I R S :

PLEASE TAKE NOTICE that the undersigned counsel for defendant and third-party plaintiff, UNITED VAN LINES, LLC ("UNITED") will move before Hon. Robert W. Sweet, U.S.D.J., at the United States District Court, Southern District of New York at the U.S. Courthouse, Room 1920, 500 Pearl Street, New York, New York 10007 on Wednesday, January 16, 2008 at 12:00 noon, or soon after as counsel may be heard for a Order pursuant to Fed.R.Civ.P. 37 compelling plaintiff to comply with UNITED's discovery requests as follows:

    (a)    serve complete verified responses to Defendant's First Set of Interrogatories, dated July 6, 2007;

(b)  serve complete responses to Defendants' First Document Request, dated July 6, 2007;

(c)  serve complete responses to Defendants' Second Document Request, dated November 13, 2007;

(d)  produce the goods that are the subject of this action for inspection on January 25, 2008;

(e)  produce for depositions designated Rule 30(b)(6) representatives of plaintiff and its subrogor pursuant to UNITED's Notice of Deposition, dated, December 12, 2007, and

(f)  pay UNITED's attorney's fees and costs incurred in making the instant motion, and

PLEASE TAKE FURTHER NOTICE that in support of this motion defendant shall rely upon the annexed Supporting Affidavit of George W. Wright, sworn to on January 8, 2008, and Memorandum of Law; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: New York, New York
       January 8, 2008

                                    GEORGE W. WRIGHT & ASSOCIATES, LLC


                                    By: _____George W. Wright_____
                                        George W. Wright
                                        Attorneys for Defendant and Third-Party
                                        Plaintiff UNITED VAN LINES, LLC
                                        Wall Street Plaza
                                        88 Pine Street, 7th Floor
                                        New York, New York 10005
                                        (212) 483-8266

TO:  David T. Maloof, Esq.
     Thomas M. Eagan, Esq.
     MALOOF BROWNE & EAGAN LLC
     Attorneys for Plaintiff
     411 Theodore Fremd Avenue – Suite 190
     Rye, NY 10580
     (914) 921-1200