## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss.:
COUNTY OF BERGEN      )

GEORGE W. WRIGHT, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on the 8th day of January, 2008 deponent electronically filed the within Notice of Motion to Compel Discovery, Supporting Affidavit of George W. Wright and annexed exhibits and Memorandum of Law with the Clerk of the District Court using its CM/ECF system, which when then electronically notify the following CM/ECF participants on the case:

> David T. Maloof, Esq.
> Thomas M. Eagan, Esq.
> MALOOF BROWNE & EAGAN LLC
> Attorneys for Plaintiff
> 411 Theodore Fremd Avenue – Suite 190
> Rye, NY  10580
> (914) 921-1200

*[signature]*
GEORGE W. WRIGHT

Sworn to before me this
8th day of January, 2008

*[signature]*
Notary Public

**DORIS SORAN**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires Dec. 3, 2011