UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FORTIS CORPORATE INSURANCE, N.V., | : Civil Action No.:07Civ.4050(RWS) |
| Plaintiff, | : |
| -against- | : |
| UNITED VAN LINES, LLC, | : |
| Defendant. | : **RULE 7.1 STATEMENT** |
| UNITED VAN LINES, LLC, | : |
| Third-Party Plaintiff, | : |
| -against- | : |
| TRW TRUCKING, LLC n/k/a SPORTS ASSOCIATED, INC., and SPORTS ASSOCIATED, INC. | : |
| Third-Party Defendants. | : |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for defendants, TRW TRUCKING, LLC ("TRW"), certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

Dated: January 15, 2008

_____
Marc I. Kunkin