DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



**Courtesy Copy For Judge's Chambers**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FORTIS CORPORATE INSURANCE, N.V.,

     *Plaintiffs*,

 - against -

UNITED VAN LINES, LLC,

     *Defendants*,


UNITED VAN LINES, LLC,

     *Third-Party Plaintiff*,

 - against -

TRW TRUCKING, LLC n/k/a SPORTS
ASSOCIATED, INC. and
SPORTS ASSOCIATED, INC.

     *Third-Party Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

07 Civ. 4050 (RWS) (DCF)

**NOTICE OF MOTION
TO EXTEND TIME
TO RESPOND TO MOTION**

*Motion granted
So ordered
Sweet
USDJ
1.14.08*

  PLEASE TAKE NOTICE THAT, upon the annexed affidavit of Thomas M. Eagan, Esq. and the accompanying Memorandum of Law, and upon all prior proceedings had herein, Plaintiff Fortis Corporate Insurance, N.V. ("Fortis"), through undersigned counsel, will move this Court before the Honorable Robert W. Sweet, United States District Judge, in the United States Courthouse, 500 Pearl Street, Room 1920, New York, New York 10007, on

Wednesday, January 23, 2008 at 12:00 noon, or as soon thereafter as counsel may be heard, for an Order pursuant to F.R.C.P. 6 extending for two weeks Plaintiff's time to respond to Defendant United Van Lines, LLC's ("United") Motion to Compel from Monday, January 14, 2008 until January 28, 2008.

Dated:  Rye, New York
        January 11, 2008

MALOOF BROWNE & EAGAN LLC

By     s/ Thomas M. Eagan
   David T. Maloof  (DM 3350)
   Thomas M. Eagan (TE 1713_
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10581-1411
Tel:  (914) 921-1200
Fax:  (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com
teagan@maloofandbrowne.com

*Attorneys for Plaintiffs Great American Insurance Company of New York and Novartis Pharmaceuticals Corporation.*

TO:

George W. Wright
George W. Wright & Associates, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
Tel: (201) 342-8884
Fax: (201) 343-8869
Email: gwright@wrightassociate.com
*Attorney for Defendant United Van Lines, LLC*

F://WP-Docs/2202.04/011008 Notice of Cross-Motion (Rev).doc