# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

RECEIVED JAN 17 2008 JUDGE SWEET CHAMBERS

January 17, 2008

<u>Via Facsimile – 2 Pages</u>

Honorable Robert Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007-1312
Fax: (212) 805-7925.

Re: *Fortis Corporate Insurance N.V. v. United Van Lines, LLC*
Docket: 07 Civ. 4050 (RWS)(DCF)
Our Ref: 2202.04

Dear Judge Sweet:

We represent the plaintiff in the referenced matter.

I am pleased to advise the Court that a settlement has been agreed upon in this matter.

We ask that the Court issue an Order dismissing all claims and cross-claims with prejudice and without costs or attorneys fees, and denying all pending motions as moot, subject to any party moving to reopen the case by letter application within thirty days if the settlement is not finalized.

We thank the Court for its consideration in this matter.

So ordered
/s/ Sweet
USDJ
1-17-08

Respectfully submitted,

Thomas M. Eagan

TME/bm

cc: **via Facsimile**
Honorable Debra Freeman
United States Magistrate Judge
Fax: (212) 805-4258

Marc I. Kunkin, Esq.
Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP
Fax: (212) 695-6602

George W. Wright, Esq.
George W. Wright & Associates, LLC
Fax: (201) 343-8869

F:\WP-DOCS\2202.04\011708 DTM Ltr to Sweet.doc