```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
Fortis Corporate Insurance, N.V.,


                        Plaintiff(s)         07 Civ. 1040 (RWS)
            vs.
                                                    ORDER
United Van Lines, L.L.C.


                        Defendant(s)

Sports Associated, Inc.


                  Third Party Defendant(s)


United Van Lines, L.L.C.


                  Third Party Plaintiff(s)
-----------------------------------
```

Pursuant to the letter submitted to the Court by counsel for plaintiff dated January 17, 2008 and the Court having been advised that this action is settled, IT IS ORDERED that the Clerk of the Court terminate all pending motions and that all claims and cross-claims are dismissed with prejudice and without costs or attorney's fees.

Subject to any party moving to reopen the case by letter application within thirty (30) days if the settlement is not finalized.

**IT IS SO ORDERED.**

New York, N. Y.

DATE: 1·18-08

ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE