UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE, N.V.,

        Plaintiff,

- against –

UNITED VAN LINES, LLC,

        Defendant.

---

UNITED VAN LINES, LLC,

        Third-Party Plaintiff,

- against –

TRW TRUCKING, LLC n/k/a SPORTS ASSOCIATED, INC., and SPORTS ASSOCIATED, INC.

        Third-Party Defendants.

---

Civil Action No. 07 Civ. 4050 (RWS)(DCF)

**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE**



RECEIVED FEB 0 1 2008 JUDGE SWEET CHAMBERS

2/5/08

        **IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for plaintiff, FORTIS CORPORATE INSURANCE, N.V, defendant, UNITED VAN LINES, LLC and third-party defendant, TRW TRUCKING, LLC, that all claims between and among the parties herein be and hereby are dismissed with prejudice and without costs to any party.

Dated: New York, New York
        January 18, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
THOMAS M. EAGAN
Attorneys for Plaintiff
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
(914) 921-1200

GEORGE W. WRIGHT & ASSOCIATES, LLC

By: _____ (TE-per authority)
GEORGE W. WRIGHT
Attorney for Defendant
UNITED VAN LINES, LLC
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 483-8266

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

By: _____ (TE-per authority)
MARC I. KUNKIN
Attorneys for Third-Party Defendant
TRW TRUCKING, LLC
14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710

SO ORDERED:

_____
ROBERT W. SWEET, U.S.D.J.
2-4-08

2